Carlos Makoto Taitano, State Bar No. 275820
Taitano & Taitano LLP
P.O. Box 326204
Hagatna, Guam 96932
Telephone: (671) 777-0581
Email: cmakototaitano@taitano.us.com

Attorney for Applicant
Starship Entertainment Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>Starship Entertainment Co., Ltd.,<br><br>Applicant. | Case Number: 23-mc-80147-BLF<br><br>**DECLARATION OF CARLOS MAKOTO TAITANO IN SUPPORT OF APPLICANT'S REQUEST FOR PERMISSION TO ISSUE NEW SUBPOENA TO GOOGLE LLC** |

I, Carlos Makoto Taitano, declare that:

1. I am more than eighteen years of age, am competent to testify, and have personal knowledge of the matters set for herein.

2. I am counsel of record for the Applicant, Starship Entertainment Co., Ltd. (hereinafter "**Applicant**").

3. This declaration is in support of the Applicant's Request for Permission to Issue New Subpoena to Google LLC.

4. On May 26, 2023, the Applicant caused the Subpoena and this Court's May 24, 2023 Order Granting Ex Parte Application to Authorize Foreign Discovery to be served upon Google LLC (hereinafter "**Google**"); a true and correct copy of the proof of service is attached hereto as **Exhibit A**.

5. On July 15, 2023, Google provided information in response to the Subpoena; a true and correct copy of the files contained in the Zip file that was downloaded from Google's Legal Retrievals website are attached hereto as **Exhibit B**.

6. I received an email from Aamir Hasnat on July 19, 2023 Japan Standard Time; a true and correct copy of the email is attached hereto as **Exhibit C**.

7. On July 19, 2023 Pacific Time, I met and conferred with Aamir Hasnat via telephone concerning the information provided to date, and I asked Aamir Hasnat to provide additional responsive information.

8. On July 22, 2023, Japan Standard Time, Google provided additional information in response to the subpoena which contained names, addresses, an email address, and the fact one or more of the YouTube channels was being monetized; a true and correct copy of the file contained in the Zip file that was downloaded from Google's Legal Retrievals website which contains the foregoing information is attached hereto as **Exhibit D**.

9. On July 27, 2023 Pacific Time, I met and conferred with Aamir Hasnat via telephone concerning the information provided to date, and I asked Aamir Hasnat to provide additional responsive information concerning the Google account daetobs@gmail.com and the Google Pay account.

10. I received an email from Aamir Hasnat on August 10, 2023 Japan Standard Time; a true and correct copy of the email is attached hereto as **Exhibit E**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 26, 2023.

                                            /s/ Carlos Makoto Taitano
                                      CARLOS MAKOTO TAITANO

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 23-mc-80147-BLF

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* __Google LLC. C/O CSC Lawyers Inc.__
on *(date)* __5/24/2023__ .

☒ I served the subpoena by delivering a copy to the named person as follows: __Koy Saechao, authorized__
__To accept for agent Google LLC. C/O CSC Lawyers Inc. 2710 Gateway Oaks Dr.__
__suite 150N Sacramento, Ca 885333__ on *(date)* __5/26/2023 1:50 pm__ or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ __55.00__ for travel and $ _____ for services, for a total of $ __55.00__ .

I declare under penalty of perjury that this information is true.

Date: __5/28/2023__

*Server's signature*

__Perdea Rich RPS# 2010-103 Sacramento County__
*Printed name and title*

Sacserves.com 813 Harbor Blvd, West Sacramento, CA
95961 916-710-6070
*Server's address*

Additional information regarding attempted service, etc.:

ORIGINAL DOCUMENT
Blue Signature

**Exhibit A**

| Legacy YT User Name | External User Id | Channel URL | Signup Email | Account Status | Account Creation Time | Signup IP | Display Name | First Name | Last Name | User Provided Country | Date Of Birth | Account Soft-Deletion Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | nMCQ6hbm5kKuGt9KH9lJFQ | /@lllllllllllllllllllllllllll | taldeogsuyongso-2032@pages.plusgoogle.com (unconfirmed) | ACTIVE | 2021-11-12 07:49:30 UTC | 183.98.215.48 | ã€ĳˆë•ì˜˜išš©ì†Œã€’ Sojang | ã€ĳˆë•ì˜˜išš©ì†Œã€’ Sojang | | South Korea | 1/1/2023 | |

**Exhibit B**

```
****All information contained alongside this file within the ZIP container is
Google Confidential and Proprietary****

Export Summary

Originating Identifier: nMCQ6hbm5kKuGt9KH9lJFQ [YouTube External User ID]
Resolved Identifier: 573523820572 [Google Account ID]
Service: YouTube and YouTube Music
Resource: Basic Subscriber Info

Start of date range: Not Specified.
End of date range: 2022-12-28 23:59:00 UTC

--------------------------------------------------------------------------------
-------------
```

**Exhibit B**

| Legacy YT User Name | External User Id | Channel URL | Signup Email | Account Status | Account Creation Time | Signup IP | Display Name | First Name | Last Name | User Provided Country | Date Of Birth | Account Soft-Deletion Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RR1Bg_Aqj_SmEF1y7m18fg | /@sojang9724 | ibdeogsuyongso-5187@pages.plusgoogle.com (unconfirmed) | ACTIVE | 2021-12-21 03:54:58 UTC | 119.194.94.39 | ã€ìž…ë•ì^˜ìš©ì†ã€' Sojang | ã€ìž…ë•ì^˜ìš©ì†ã€' Sojang | | South Korea | 1/1/2023 | |

**Exhibit B**

```
****All information contained alongside this file within the ZIP container is
Google Confidential and Proprietary****

Export Summary

Originating Identifier: RR1Bg_Aqj_SmEF1y7m18fg [YouTube External User ID]
Resolved Identifier: 40831240012 [Google Account ID]
Service: YouTube and YouTube Music
Resource: Basic Subscriber Info

Start of date range: Not Specified.
End of date range: 2022-12-28 23:59:00 UTC

--------------------------------------------------------------------------------
-------------
```

**Exhibit B**

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043



google-legal-support@google.com
www.google.com

July 14, 2023

*Via Email Only*
*cmakototaitano@taitano.us.com*

Carlos Makoto Taitano
Warp9
P.O. Box 326204
Hagatna, Guam 96932
671-777-0581

      **Re:** ***In re Ex Parte Application of Starship Entertainment, Co., Ltd.*, United States District Court for the Northern District of California, 23-mc-80147-BLF (Internal Ref. No. 35689809)**

Dear Carlos Makoto Taitano:

    Pursuant to the subpoena issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Without waiving, and subject to its objections, Google hereby agrees to produce documents via a secure file-transfer portal. You should receive instructions on how to access the portal via email. Please let us know if you do not receive the instructions. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq. By this response, Google does not waive any objection to further proceedings in this matter.

    We understand that you have requested customer information regarding the user account(s) specified in the subpoena, which includes the following information: (1) subscriber and recent login information for the Youtube account(s) www.youtube.com/@talduksojang, www.youtube.com/@sojang9724, https://www.youtube.com/@lIlIIIllIllIllIIIIllllllllllI.

    Accompanying this letter is responsive information to the extent reasonably accessible from our system, a list of hash values corresponding to each file, and a signed Certificate of Authenticity. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values.

                                                            Very truly yours,

                                                          Aamir Hasnat
                                                          Legal Investigations Support

**Exhibit B**

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043



google-legal-support@google.com
www.google.com

**Hash Values for Production Files (Internal Ref. No. 35689809)**

40831240012.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zip:

SHA512-ff86cb9dfd51b0e225dacfebe92b60ff7110eb64f8ebd8ce5c30bb8b0c3494aa15264dc886f718a9bce62dfb6fdb21fc6046f27d3bda1a4fe2c71d000094611a

573523820572.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zip:

SHA512-3a076b038e31449b2aadf9240d90c164a0719b02dfc55303467866e91bbb6a11a26804f197a0c6bae0165ca1618113c966ffcd0fb8c3a21ad556d150afbcddd3

**Exhibit B**

Google LLC  google-legal-support@google.com
1600 Amphitheatre Parkway www.google.com
Mountain View, California 94043

## CERTIFICATE OF AUTHENTICITY

I, Aamir Hasnat, certify:

1. I am a Custodian of Records for Google LLC ("Google"), located in Mountain View, California. I am authorized to submit this Certificate of Authenticity on behalf of Google in response to a subpoena dated May 24, 2023 (Google LLC Internal Reference No. 35689809) in the matter of *In re Ex Parte Application of Starship Entertainment, Co., Ltd.*. I have personal knowledge of the following facts and could testify competently thereto if called as a witness.

2. The accompanying file(s) contain true and correct copies of records pertaining to the Youtube account(s) associated with www.youtube.com/@talduksojang, www.youtube.com/@sojang9724, https://www.youtube.com/@lIlIIIIllIllIllIIIIllllllllllllI ("Document").

3. The documents attached hereto reflect records made and retained by Google. The records were made at or near the time the data was acquired, entered, or transmitted to or from Google; the records were kept in the course of a regularly conducted activity of Google; and the making of the records were a regular practice of that activity.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: July 14, 2023

*Aamir Hasnat*

Aamir Hasnat, Custodian of Records for Google LLC

**Exhibit B**

**cmakototaitano@taitano.us.com**

| | |
|---|---|
| **From:** | google-legal-support@google.com |
| **Sent:** | Wednesday, July 19, 2023 4:51 AM |
| **To:** | cmakototaitano@taitano.us.com |
| **Subject:** | RE: Courtesy Copy of Subpoena for 23-mc-80147-BLF (Reference #35689809) |

Mr. Taitano,

I'm happy to discuss this matter further over a phone call. As you have noted, the ==underlying accounts appear to have been deleted,== so we have produced the preserved information associated with the requested accounts that is readily available. With respect to the account listed as https://www.youtube.com/@talduksojang, as you have noted, this appears to be a new URL for the account listed as https://www.youtube.com/@lllllllllllllllllllllllllllll, and as such the associated registration information is the same. We are investigating what other information may be available for production, and will follow up with a supplemental production once we have identified any responsive information. So that we can discuss this matter further, could you please advise if you are available at either of the below listed times for a call?

- Wednesday, July 19 at 1:00 PM Pacific
- Thursday, July 20 at 11:00 AM Pacific

Please let me know if either of these times work for you or if there is an alternative time you would prefer. While our department does not have an external phone number, we are happy to initiate the call or circulate a dial-in. To that end, could you please confirm if +1-671-777-0581 is a good number to reach you?

Regards,

Aamir Hasnat
Google Legal Investigations Support

**Exhibit C**

1

```
{
  "entityData": {
    "account": [{
      "addressData": {
        "billingAddress": {
          "address1": "충선로8번길 52",
          "address2": "402호",
          "city": "부평구",
          "state": "인천광역시",
          "zip": "21400",
          "companyName": "",
          "contactName": "park jimin",
          "email": "daetobs@gmail.com",
          "phone": "",
          "fax": "",
          "countryCode": "KR"
        },
        "customerLegalAddress": {
          "email": "daetobs@gmail.com"
        },
        "pinVerificationAddress": {
          "address1": "반포대로14길 30",
          "address2": "1404호",
          "city": "서초구",
          "state": "서울특별시",
          "zip": "06653",
          "companyName": "",
          "contactName": "박주아",
          "email": "daetobs@gmail.com",
          "phone": "",
          "fax": "",
          "countryCode": "KR"
        }
      },
      "googleCorporateEntityId": "19",
      "billingOrderLineId": "235131397",
      "billingProfile": [{
        "creationTime": "1605667399516",
        "billing3Details": {
          "billingOrderLineId": "1",
          "billingCustomerNumber": "981496761952",
          "billingAccountNumber": "4072088740143331",
          "synchronizedBillingState": {
            "billingSignupStatus": "CLOSED",
            "calculationTime": "1687500201010",
            "signupRequestSequenceNumber": "1687500507268348",
            "lastSyncTime": "1687500508174"
          }
        },
        "billingProfileStatus": "MONETIZABLE",
```

**Exhibit D**

```
        "entityType": "INDIVIDUAL",
        "countryCode": "KR",
        "currencyCode": "USD"
      }, {
        "creationTime": "1658935727694",
        "billing3Details": {
          "billingOrderLineId": "2",
          "billingCustomerNumber": "981496761952",
          "billingAccountNumber": "9984175387547121",
          "synchronizedBillingState": {
            "billingSignupStatus": "CLOSED",
            "calculationTime": "1687500201010",
            "signupRequestSequenceNumber": "1687500507363668",
            "lastSyncTime": "1687500507737"
          }
        },
        "billingProfileStatus": "MONETIZABLE",
        "entityType": "INDIVIDUAL",
        "countryCode": "KR",
        "currencyCode": "USD"
      }]
    }]
  }
}
```

**Exhibit D**

**cmakototaitano@taitano.us.com**

| | |
|---|---|
| **From:** | google-legal-support@google.com |
| **Sent:** | Thursday, August 10, 2023 4:47 AM |
| **To:** | cmakototaitano@taitano.us.com |
| **Subject:** | RE: 23-mc-80147-BLF (Reference #35689809) |

Mr. Taitano,

I have confirmed that we would require a new subpoena specifically identifying the underlying Gmail account in order to produce any additional responsive information. As a one-time courtesy in this matter, we have preserved account information to the extent possible while you seek a new subpoena. So that I can ensure accurate processing of the new subpoena, please send a courtesy copy of the new subpoena in a direct reply in this email thread. If you have any further questions, please let me know.

Regards,

Aamir Hasnat
Google Legal Investigations Support

1

**Exhibit E**